UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHITA SELKI,<br><br>        Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC.;<br>SF MARKETS, LLC; and DOES 1<br>through 50,<br><br>        Defendants. | Case No.: 19cv471 JM (AGS)<br><br>**ORDER ON ORDER TO SHOW CAUSE HEARING** |

  Presently before the court is its order to show cause why this matter should not be remanded (Doc. No. 2.) Plaintiff filed this action in the Superior Court of California on June 28, 2018, naming Sprouts Farmers Market, Inc. ("Sprouts") and SF Markets, LLC ("SF Markets") as defendants. (Doc No. 1 at 5.)[1] On February 7, 2019, Plaintiff amended her complaint to replace SF Markets with Henry's Holdings, LLC ("Henry's Holdings"). (Doc. No. 3-1, Exh. E at 32.) On March 12, 2019, Sprouts removed this action to federal court. (Doc. No. 1.) The court issued an order to show cause as the removal papers failed to establish complete diversity between all Defendants and Plaintiff, all Defendants were not included in the removal papers, and the notice failed to attach all process, pleadings,

---

[1] All page citations in this order refer to those generated by the court's CM/ECF system.

1

and orders served upon Defendants in the underlying action. (Doc. No. 2.) On April 4, 2019, Defendants filed a response to the court's order to show cause and an amended removal notice. (Doc. No. 3.)

Defendants' response and amended removal notice sufficiently establish the court's jurisdiction over this matter. Sprouts removed this action on the basis of diversity jurisdiction. Defendants now allege complete diversity between all Defendants and Plaintiff. See 28 U.S.C. § 1441. Plaintiff is a citizen of California; Sprouts is a citizen of both Delaware, its state of incorporation, and Arizona, its principal place of business. (Doc. No. 3-1, Exh. A at 6.) Henry Holdings is a limited liability company, and thus, its citizenship is determined by the citizenship of its members. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). Henry Holding's sole member is Sprouts Farmers Markets Holdings, LLC, which is also a limited liability company. Defendant Sprouts is the sole member of Sprouts Farmers Markets Holdings, LLC. Thus, Henry Holding's is a citizen of both Delaware and Arizona, like Sprouts. See Johnson, 437 F.3d at 899. Accordingly, there is complete diversity between Plaintiff and Defendants as none of the Defendants are citizens of California.

Defendants have also corrected their removal papers by adding all Defendants and attaching all process, pleadings, and orders served upon them. See 28 U.S.C. § 1446; Parrino v. FHP, Inc., 146 F.3d 699, 703 (9th Cir. 1998).

Accordingly, for purposes of the court's order to show cause, the court may exercise its jurisdiction over this matter. This order does not rule on Plaintiff's motion to remand. Plaintiff is ordered to file the operative complaint in this action within ten (10) days of this order. Defendants are ordered to file their answers to the Plaintiff's complaint within fourteen (14) days of this order.

IT IS SO ORDERED.

DATED: April 16, 2019

JEFFREY T. MILLER
United States District Judge